

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00432-CV

Alejandro **CEPEDA**,
Appellant

v.

**KOZA HOME SOLUTIONS, LLC**, Hector Santos, Legend Title and Abstract, LLC,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVF-000579-D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, the parties' joint motion to dismiss is
GRANTED, and this appeal is DISMISSED.

Costs of appeal are taxed against Appellant Alejandro Cepeda.

SIGNED October 19, 2022.

Liza A. Rodriguez, Justice